In re:  
BRITTANY CALLAHAN  
    Debtor

Case No. 20-09265-BKM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 06, 2021      Form ID: cla001      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BRITTANY CALLAHAN, 3202 W BELL RD #1205, PHOENIX, AZ 85053-7504 |
| 16178050 | + | Bureau Of Medical Economics, Attn: Bankruptcy, Po Box 20247, Phoenix AZ 85036-0247 |
| 16178051 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks CA 91411-2546 |
| 16178054 | + | EOS-CCA, Attn: Bankruptcy, 700 Longwater Dr., Norwell MA 02061-1624 |
| 16196637 | + | Law Offices of James R. Vaughan, P.C., 11445 E. Via Linda, Ste 2-610, Scottsdale AZ 85259-2827 |
| 16196636 | + | Loop 101 Emergency Physicians, P.O. Box 7427, Philadelphia PA 19101-7427 |
| 16178057 | + | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper UT 84020-1399 |
| 16196638 | + | The Wellspring Group LLC, 127 Abercorn St., Savannah GA 31401-3739 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: AZDEPREV.COM | Jul 07 2021 06:58:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16178048 | + | EDI: AFNIRECOVERY.COM | Jul 07 2021 06:58:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington IL 61702-3427 |
| 16178046 | + | EDI: AZDEPREV.COM | Jul 07 2021 06:58:00 | Arizona Department of Revenue, Special Operations Section, 7th Floor, 1600 West Monroe, Phoenix AZ 85007-2612 |
| 16178052 | + | EDI: CAPITALONE.COM | Jul 07 2021 06:58:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16178053 | + | EDI: CITICORP.COM | Jul 07 2021 06:58:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16178047 | + | EDI: IRS.COM | Jul 07 2021 06:58:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 16178055 | | Email/Text: bankruptcy@nevadawestfinancial.com | Jul 07 2021 03:02:00 | HLS of Nevada, Attn: Bankruptcy/Compliance Dept, 7625 Dean Martin Dr, Las Vegas NV 89139 |
| 16178056 | | Email/Text: info@phoenixfinancialsvcs.com | Jul 07 2021 03:02:29 | Phoenix Financial Services, LLC, Attn: Bankruptcy, Po Box 361450, Indianapolis IN 46236 |
| 16178058 | + | EDI: RMSC.COM | Jul 07 2021 06:58:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16178059 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 07 2021 03:03:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15630, Wilmington DE 19850-5630 |
| 16178061 | + | Email/Text: customerservicepfs@yrmc.org | Jul 07 2021 03:03:00 | Yavapai Regional Medical Center, 7700 Florentine |

| Recip ID | Bypass Reason | Name and Address | | |
|---|---|---|---|---|
| 16178060 | + | Email/Text: customerservicepfs@yrmc.org | Jul 07 2021 03:03:00 | Rd., Prescott Valley AZ 86314-2245<br>Yavapai Regional Medical Center, P.O. Box 10070, Prescott AZ 86304-0070 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16178049 | ##+ | Breakthrough Real Estate, 15850 N 35th Ave #1, Phoenix AZ 85053-3885 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2021　　　　　　　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BENJAMIN WRIGHT | on behalf of Debtor BRITTANY CALLAHAN bwright@wloaz.com azbkwrightlaw@gmail.com,R46413@notify.bestcase.com |
| DINA ANDERSON | DAnderson@DLATrustee.com<br>lbailey@DLATrustee.com,dlanderson@ecf.epiqsystems.com,dla@trustesolutions.net,tkirn@dlatrustee.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

FORM CLA−001
REVISED 01/12/2012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:20−bk−09265−BKM |
| BRITTANY CALLAHAN<br>fka BRITTANY MCDOWELL<br>3202 W BELL RD #1205<br>PHOENIX, AZ 85053<br>SSAN: xxx−xx−6788<br>EIN: | Chapter: 7 |
| Debtor(s) | |

## NOTICE FIXING LAST DATE TO FILE CLAIMS

**NOTICE IS HEREBY GIVEN THAT:**

1.   All Creditors of the above−named estate are required to file their claim pursuant to Bankruptcy Rule 3002(c) (5) on or before **October 6, 2021** in order to participate in the distribution of funds available. Any creditor who has previously filed a claim need not file again. Please be advised that filing a claim does not guarantee that you will receive payment on that claim. Whether you receive payment and the amount of any payment depends upon the amount of funds in the estate and whether there are administrative costs and priority claims to be paid.

2.   For governmental units, a proof of claim must be filed by the aforementioned deadline or 180 days after the date of the order for relief in this case, whichever is later.

3.   The proof of claim form can be obtained at the court's front counter and self help centers as well as access to fillable PDF versions on the court's website www.azb.uscourts.gov. If you are a creditor (the person who is owed money in a bankruptcy case) and are not represented by an attorney, you may also file a Proof of Claim and upload PDF attachments via an online form on the court's website.

4.   YOU ARE FURTHER NOTIFIED THAT if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the trustee's final account and report and the proposed distribution.

Date: July 6, 2021

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number:  (602) 682−4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>George Prentice |